UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RUTLEDGE,<br><br>    Petitioner,<br><br>    v.<br><br>AMY FOSTER,<br><br>    Respondent. | No. 2:18-cv-1601 AC P<br><br>ORDER |

Petitioner is a state prisoner proceeding pro se. The petition was filed with the court on June 1, 2018. ECF No. 1. The court's own records reveal that on the same day, plaintiff filed a separate petition containing virtually identical allegations. <u>Rutledge v. Lassen County Jail</u>, E.D. Cal. No. 2:18-cv-1600 AC P.[1] Due to the duplicative nature of the present action, the court will dismiss the petition.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed as duplicative of <u>Rutledge v. Lassen County Jail</u>, E.D. Cal. No. 2:18-cv-1600 AC P.

DATED: June 6, 2018

                          /s/ Allison Claire
                          ALLISON CLAIRE
                          UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of court records. <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980) (citations omitted); Fed. R. Evid. 201(b)(2).